**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Dolph Finley
RLCC Cajun 1 A1 DOC No. 75033
1630 Prison Rd.
Cottonport LA 71327

**REHEARING ACTION: February 1, 2017**

**Docket Number: 16  00511-KH**

**STATE OF LOUISIANA**
**VERSUS**
**DOLPH FINLEY**

**Writ Application from Rapides Parish Case No. 215,744**

**BEFORE JUDGES:**

> **Hon. Sylvia R. Cooks**
> **Hon. Marc T. Amy**
> **D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the ruling on

the application for rehearing filed by **Dolph Finley** is:

> **REHEARING DENIED.** Uniform Rules – Courts of Appeal, Rule 2-18.2
> and 2-18.7.

cc: Hon. Phillip Terrell, Jr., Counsel for the Respondent